**No. 11-5533. Kevin Millen, Petitioner v. Tennessee.**

565 U.S. 913, 132 S. Ct. 325, 181 L. Ed. 2d 202, 2011 U.S. LEXIS 5971, ■

October 3, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Tennessee, Western Division, denied.

**No. 11-5534. Dennis Rios, Petitioner v. Florida.**

565 U.S. 913, 132 S. Ct. 325, 181 L. Ed. 2d 202, 2011 U.S. LEXIS 6215.

October 3, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

Same case below, 63 So. 3d 781.

**No. 11-5535. Philip Erby, Petitioner v. United States.**

565 U.S. 913, 132 S. Ct. 325, 181 L. Ed. 2d 202, 2011 U.S. LEXIS 5954.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 419 Fed. Appx. 176.

**No. 11-5536. Julio Israel Cardenas-Porras, Petitioner v. United States.**

565 U.S. 913, 132 S. Ct. 326, 181 L. Ed. 2d 202, 2011 U.S. LEXIS 6427.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-5537. Jesus Rodolfo Duran, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 913, 132 S. Ct. 326, 181 L. Ed. 2d 202, 2011 U.S. LEXIS 6440.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-5538. Gavin V. Jones, Petitioner v. South Carolina.**

565 U.S. 913, 132 S. Ct. 326, 181 L. Ed. 2d 202, 2011 U.S. LEXIS 5965.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of South Carolina denied.

**No. 11-5539. Troy Layne, Petitioner v. United States.**

565 U.S. 913, 132 S. Ct. 326, 181 L. Ed. 2d 202, 2011 U.S. LEXIS 6284.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-5540. Daniel Jones, Petitioner v. David M. Unger, Superintendent, Wyoming Correctional Facility.**

565 U.S. 913, 132 S. Ct. 326, 181 L. Ed. 2d 202, 2011 U.S. LEXIS 6127.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.